UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMGUARD INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-01291-RLY-MKK |
| v. | ) |
| | ) |
| CAREXPRESSO, LLC; OLNER MICHEL, | ) |
| LETITIA CARTER, as Special | ) |
| Administrator of the Estate of KARL | ) |
| CARTER; ROEHL TRANSPORT, INC.; and | ) |
| J.B. HUNT TRANSPORT, INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT NOTICE OF SETTLEMENT

The parties, by counsel, hereby notify the Court that they have reached a settlement in this cause of action. The parties' Stipulation of Dismissal and Order thereon will be forwarded to the Court as soon as possible.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

*s/James L. Culp*
Christopher R. Whitten/#20429-49
James L. Culp/#26326-49
*Counsel for Defendant Roehl Transport, Inc.*


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

*s/Edward M. O'Brien*
Edward M. O'Brien/#32092-39
*Counsel for Plaintiff Amguard Insurance Company*

CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

***s/Bruce D. Jones***
Keith A. Gaston/#7069-49
Bruce D. Jones/#28624-29
Emily O. Sery, #36959-02
*Counsel for Defendant J.B. Hunt Transport, Inc.*


WAGNER REESE, LLP

***s/Jason R. Reese***
Laura W. Swafford/#32792-29
Jason R. Reese/#20330-64
*Counsel for Defendant Letitia Carter, as Special Administrator of the Estate of Karl Carter, deceased*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2024, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

Michael J. Duffy, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603
michael.duffy@wilsonelser.com
*Counsel for Plaintiff Amguard Insurance Company*

Edward M. O'Brien, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
edward.obrien@wilsonelser.com
*Counsel for Plaintiff Amguard Insurance Company*

Olner Michel
113 Silver Falls Drive
Simpsonville, SC 29681
olner_e@yahoo.com
*Pro Se Defendant*

Laura W. Swafford, Esq.
Jason R. Reese, Esq.
WAGNER REESE, LLP
11939 N Meridian Street
Carmel, IN 46032
lswafford@wagnerreese.com
jreese@wagnerreese.com
*Counsel for Defendant Letitia Carter, as Special Administrator of the Estate of Karl Carter, deceased*

Keith A. Gaston, Esq.
Bruce D. Jones, Esq.
Emily O. Sery, Esq.
CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP
3077 East 98th Street, Suite 280
Indianapolis, IN 46280
kgaston@cmlawfirm.com
bjones@cmlawfirm.com
esery@cmlawfirm.com
*Counsel for Defendant J.H. Hunt Transport, Inc.*

      ***s/James L. Culp***
      James L. Culp

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317/362-0225
FX:   317/362-0151